AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., <br> *Plaintiff(s)* <br> v. <br> THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. <br> *Defendant(s)* | Civil Action No. <br><br> **CV424-248** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DANNY HOPE, DOROTHY FOSTER HALL, CAROL WESLEY, PAT PULLAR, and DOMINIQUE GRANT in their official capacities as members of the Clayton County Board of Registrations and Elections
7946 North McDonough Street
Jonesboro, Georgia 30236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA 31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 11-4-2024

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

REPUBLICAN NATIONAL COMMITTEE and
GEORGIA REPUBLICAN PARTY, INC.,

*Plaintiff(s)*

v.

THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al.

*Defendant(s)*

Civil Action No. CV424-248

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ALICE O'LENICK, WANDY TAYLOR, LORETTA MIRANDOLA, DAVID HANCOCK, and ANTHONY RODRIQUEZ in their official capacities as members of the Gwinnett County Board of Registrations and Elections
75 Langley Drive
Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA 31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-4-2024

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

REPUBLICAN NATIONAL COMMITTEE and
GEORGIA REPUBLICAN PARTY, INC.,

*Plaintiff(s)*

v.

THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al.

*Defendant(s)*

Civil Action No. CV424-248

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STEVEN F. BRUNING, TORI SILAS, STACY EFRAT, DEBBIE FISCHER, and JENNIFER MOSBACHER in their official capacities as members of the Cobb County Board of Registration and Elections
100 Cherokee Street NE
Marietta, GA 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA 31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-4-2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

REPUBLICAN NATIONAL COMMITTEE and
GEORGIA REPUBLICAN PARTY, INC.,

*Plaintiff(s)*

v.

THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al.

*Defendant(s)*

Civil Action No.

**CV424-248**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VASU ABHIRAMAN, NANCY JESTER, ANTHONY LEWIS, SUSAN MOTTER, and KARLI SWIFT in their official capacities as members of the DeKalb County Board of Registration and Elections
1300 Commerce Drive
Decatur, GA 30030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA 31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 11-4-2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC.,

*Plaintiff(s)*

v.

THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al.

*Defendant(s)*

Civil Action No.

CV424-248

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SHERRI ALLEN, AARON V. JOHNSON, MICHAEL HEEKIN, TERESA K. CRAWFORD, and JULIE ADAMS in their official capacities as members of the Fulton County Registration and Elections Board
5600 Campbellton Fairburn Road
Fairburn, GA 30213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA 31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-4-2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

REPUBLICAN NATIONAL COMMITTEE and
GEORGIA REPUBLICAN PARTY, INC.,

*Plaintiff(s)*

v.

THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al.

*Defendant(s)*

Civil Action No.

CV424-248

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
HUNAID QADIR, ADAM SHIRLEY, ROCKY RAFFLE, PATRICIA TILL, and WILLA FAMBROUGH
in their official capacities as members of the
Clarke County Board of Registrations and Elections
2555 Lexington Road
Athens, Georgia 30605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA 31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-4-2024

*Signature of Clerk or Deputy Clerk*