IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

REPUBLICAN NATIONAL COMMITTEE; et al.,

  Plaintiffs,

 v.

THOMAS MAHONEY III; et al.,

  Defendants.

CIVIL ACTION NO.: 4:24-cv-248

**O R D E R**

On Sunday, November 3, 2024, Plaintiffs filed a Complaint, (doc. 1), and a "Verified Emergency Motion for Preliminary Injunction/Temporary Restraining Order," (doc. 2).  The Court will hold a telephonic scheduling conference **today (Monday, November 4, 2024)** at **2:00 p.m.**  During this scheduling conference, the Court will not hear argument on the substance or merits of the underlying claims and pending motion.  Plaintiffs' counsel is **ORDERED** to provide expeditious notice of the scheduling conference—including a copy of this Order—to all Defendants, as well as any counsel who is known to Plaintiffs to represent any of the Defendants on the subject matter of this action.  If any attorney for any party or proposed intervenor seeks to attend the telephonic scheduling conference, they shall promptly notify the Undersigned's Courtroom Deputy Clerk via electronic mail, and the Courtroom Deputy Clerk will provide the

attorney instructions for attending the conference. No more than two attorneys shall appear for each party or proposed intervenor at the conference. The attorneys shall not redisclose the instructions for attending the conference. The Court will also allow "listen only" public access to the conference via the Court's Public Telephone Access Line. The Court will provide instructions for accessing that line on the public docket. All persons attending the scheduling conference including through the public access line shall comply with the instructions in the Court's Standing Order, including the Court's strict prohibition against recording or rebroadcasting any court proceedings. No one may record, live stream, rebroadcast or otherwise capture or disseminate any hearing. Violation of these prohibitions may result in sanctions including contempt proceedings.

**SO ORDERED**, this 4th day of November, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA