AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

)
)
REPUBLICAN NATIONAL COMMITTEE  and )
GEORGIA REPUBLICAN PARTY, INC.,            )
                                                                            )
_____ )
*Plaintiff(s)*                                               )
                                                                            )
v.                                                          )          Civil Action No. 4:24-cv-248
                                                                            )
THOMAS MAHONEY III, MARIANNE HEIMES, TRISH )
BROWN, JAMES HALL, and GLYNDA JONES in their official )
capacities as members of the Chatham County Board of )
Elections, et al.                                            )
_____ )
*Defendant(s)*                                            )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THOMAS MAHONEY III, in his official capacity as a
member of the Chatham County Board of Elections
1117 Eisenhower Drive, Suite F
Savannah, GA 31401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)          Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Chalmers, Adams, Backer & Kaufman, LLC      Offices of Mark A. Bandy, PC
11770 Haynes Bridge Road, Suite 219            340 Eisenhower Drive, Building 800 Savannah, GA
Alpharetta, GA 30009                                    31406
akaufman@chalmersadams.com                     mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date: 11/4/2024 _____          _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GLYNDA JONES, in her official capacity as a
member of the Chatham County Board of Elections
1117 Eisenhower Drive, Suite F
Savannah, GA 31401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)          Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Chalmers, Adams, Backer & Kaufman, LLC       Offices of Mark A. Bandy, PC
11770 Haynes Bridge Road, Suite 219          340 Eisenhower Drive, Building 800 Savannah, GA
Alpharetta, GA 30009                         31406
akaufman@chalmersadams.com                   mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |  |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MARIANNE HEIMES, in her official capacity as a
member of the Chatham County Board of Elections
1117 Eisenhower Drive, Suite F
Savannah, GA 31401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                *Server's signature*

                                                          _____
                                                                *Printed name and title*


                                                          _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  4:24-cv-248 ) |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JAMES HALL, in his official capacity as a member of
the Chatham County Board of Elections 1117
Eisenhower Drive, Suite F
Savannah, GA 31401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

                                                     *Server's signature*

                                               *Printed name and title*

                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

)
)
REPUBLICAN NATIONAL COMMITTEE  and )
GEORGIA REPUBLICAN PARTY, INC.,       )
)
_____*Plaintiff(s)*_____           )
)
v.                                      )    Civil Action No. 4:24-cv-248
)
THOMAS MAHONEY III, MARIANNE HEIMES, TRISH )
BROWN, JAMES HALL, and GLYNDA JONES in their official )
capacities as members of the Chatham County Board of )
Elections, et al.                        )
)
_____*Defendant(s)*_____            )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TRISH BROWN, in her official capacity as a
member of the Chatham County Board of Elections
1117 Eisenhower Drive, Suite F
Savannah, GA 31401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)     Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Chalmers, Adams, Backer & Kaufman, LLC   Offices of Mark A. Bandy, PC
11770 Haynes Bridge Road, Suite 219      340 Eisenhower Drive, Building 800 Savannah, GA
Alpharetta, GA 30009                     31406
akaufman@chalmersadams.com               mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*

Date: 11/4/2024 _____           _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WILLA FAMBROUGH, in her capacity as a member of
the Clarke County Board of Registrations and Elections
2555 Lexington Road
Athens, Georgia 30605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)       Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Chalmers, Adams, Backer & Kaufman, LLC    Offices of Mark A. Bandy, PC
11770 Haynes Bridge Road, Suite 219       340 Eisenhower Drive, Building 800 Savannah, GA
Alpharetta, GA 30009                      31406
akaufman@chalmersadams.com                mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  4:24-cv-248 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HUNAID QADIR, in his capacity
as a member of the
Clarke County Board of Registrations and Elections
2555 Lexington Road
Athens, Georgia 30605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*



Date:  11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

)
)
REPUBLICAN NATIONAL COMMITTEE  and )
GEORGIA REPUBLICAN PARTY, INC.,     )
_____     )
*Plaintiff(s)*                      )
v.                                  )   Civil Action No. 4:24-cv-248
THOMAS MAHONEY III, MARIANNE HEIMES, TRISH )
BROWN, JAMES HALL, and GLYNDA JONES in their official )
capacities as members of the Chatham County Board of )
Elections, et al.                   )
_____     )
*Defendant(s)*                      )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ROCKY RAFFLE, in his capacity as a member of the
Clarke County Board of Registrations and Elections
2555 Lexington Road
Athens, Georgia 30605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024                    _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ADAM SHIRLEY, in his capacity as a member of the
Clarke County Board of Registrations and Elections
2555 Lexington Road
Athens, Georgia 30605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

REPUBLICAN NATIONAL COMMITTEE and
GEORGIA REPUBLICAN PARTY, INC.,

*Plaintiff(s)*

v.

THOMAS MAHONEY III, MARIANNE HEIMES, TRISH
BROWN, JAMES HALL, and GLYNDA JONES in their official
capacities as members of the Chatham County Board of
Elections, et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:24-cv-248

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PATRICIA TILL, in her capacity as a member of the
Clarke County Board of Registrations and Elections
2555 Lexington Road
Athens, Georgia 30605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

  ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

  ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

  ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

  ❏ I returned the summons unexecuted because _____ ; or

  ❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

           _____
                  *Server's signature*

           _____
                  *Printed name and title*

           _____
                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |  |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:24-cv-248 |
| v. | ) ) | |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DOMINIQUE GRANT, in her official capacity
as a member of the
Clayton County Board of Registrations and Elections
7946 North McDonough Street
Jonesboro, Georgia 30236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

<table>
<tr><td>

REPUBLICAN NATIONAL COMMITTEE and
GEORGIA REPUBLICAN PARTY, INC.,

_____
*Plaintiff(s)*

v.

THOMAS MAHONEY III, MARIANNE HEIMES, TRISH
BROWN, JAMES HALL, and GLYNDA JONES in their official
capacities as members of the Chatham County Board of
Elections, et al.

_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. 4:24-cv-248

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DOROTHY FOSTER HALL, in her official
capacity as a member of the
Clayton County Board of Registrations and Elections
7946 North McDonough Street
Jonesboro, Georgia 30236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DANNY HOPE in his official capacity as a member of
the Clayton County Board of Registrations and Elections
7946 North McDonough Street
Jonesboro, Georgia 30236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)          Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Chalmers, Adams, Backer & Kaufman, LLC     Offices of Mark A. Bandy, PC
11770 Haynes Bridge Road, Suite 219             340 Eisenhower Drive, Building 800 Savannah, GA
Alpharetta, GA 30009                                      31406
akaufman@chalmersadams.com                      mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PAT PULLAR, in her official capacity as a member
of the
Clayton County Board of Registrations and Elections
7946 North McDonough Street
Jonesboro, Georgia 30236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John E. Triplett,
*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 4:24-cv-248

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CAROL WESLEY, in her official capacity as a
member of the
Clayton County Board of Registrations and Elections
7946 North McDonough Street
Jonesboro, Georgia 30236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |  |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:24-cv-248 |
| v. | ) ) | |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STEVEN F. BRUNING, in his official capacity
as a member of the
Cobb County Board of Registration and Elections 100
Cherokee Street NE
Marietta, GA 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

REPUBLICAN NATIONAL COMMITTEE  and
GEORGIA REPUBLICAN PARTY, INC.,

*Plaintiff(s)*

v.

THOMAS MAHONEY III, MARIANNE HEIMES, TRISH
BROWN, JAMES HALL, and GLYNDA JONES in their official
capacities as members of the Chatham County Board of
Elections, et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:24-cv-248

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STACY EFRAT, in her official capacity
as a member of the
Cobb County Board of Registration and Elections 100
Cherokee Street NE
Marietta, GA 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. **4:24-cv-248** |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DEBBIE FISCHER, in her official capacity
as a member of the
Cobb County Board of Registration and Elections 100
Cherokee Street NE
Marietta, GA 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. **4:24-cv-248** |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JENNIFER MOSBACHER, in her official capacity
as a member of the
Cobb County Board of Registration and Elections 100
Cherokee Street NE
Marietta, GA 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TORI SILAS, in her official capacity
as a member of the
Cobb County Board of Registration and Elections 100
Cherokee Street NE
Marietta, GA 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  4:24-cv-248 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VASU ABHIRAMAN, in his official capacity as a
member of the
DeKalb County Board of Registration and Elections
1300 Commerce Drive
Decatur, GA 30030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date: 11/4/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                                         _____
                                                              *Server's signature*

                                                           _____
                                                            *Printed name and title*

                                                           _____
                                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **4:24-cv-248** |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NANCY JESTER, in her official capacity as a
member of the
DeKalb County Board of Registration and Elections
1300 Commerce Drive
Decatur, GA 30030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)          Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Chalmers, Adams, Backer & Kaufman, LLC     Offices of Mark A. Bandy, PC
11770 Haynes Bridge Road, Suite 219           340 Eisenhower Drive, Building 800 Savannah, GA
Alpharetta, GA 30009                                    31406
akaufman@chalmersadams.com                      mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*


                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 4:24-cv-248 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ANTHONY LEWIS, in his official capacity as a
member of the
DeKalb County Board of Registration and Elections
1300 Commerce Drive
Decatur, GA 30030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John E. Triplett,
*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:24-cv-248 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SUSAN MOTTER, in her official capacity as a
member of the
DeKalb County Board of Registration and Elections
1300 Commerce Drive
Decatur, GA 30030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024



_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

<table>
<tr><td>
REPUBLICAN NATIONAL COMMITTEE  and<br>
GEORGIA REPUBLICAN PARTY, INC.,<br><br>
<i>Plaintiff(s)</i><br>
v.<br>
THOMAS MAHONEY III, MARIANNE HEIMES, TRISH<br>
BROWN, JAMES HALL, and GLYNDA JONES in their official<br>
capacities as members of the Chatham County Board of<br>
Elections, et al.<br><br>
<i>Defendant(s)</i>
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Civil Action No. 4:24-cv-248
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KARLI SWIFT, in her official capacity as a member
of the
DeKalb County Board of Registration and Elections
1300 Commerce Drive
Decatur, GA 30030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

<table>
<tr><td>

REPUBLICAN NATIONAL COMMITTEE  and
GEORGIA REPUBLICAN PARTY, INC.,
<hr>
*Plaintiff(s)*

v.

THOMAS MAHONEY III, MARIANNE HEIMES, TRISH
BROWN, JAMES HALL, and GLYNDA JONES in their official
capacities as members of the Chatham County Board of
Elections, et al.
<hr>
*Defendant(s)*
</td>
<td>

)
)
)
)
)
)
)
)
)
)
)
)
)
</td>
<td>

Civil Action No. 4:24-cv-248
</td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JULIE ADAMS, in her official capacity as a member of
the Fulton County Registration and Elections Board
5600 Campbellton Fairburn Road
Fairburn, GA 30213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John E. Triplett,
*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |  |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:24-cv-248 |
| v. | ) ) | |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SHERRI ALLEN, in her official capacity as a member
of the Fulton County Registration and Elections Board
5600 Campbellton Fairburn Road
Fairburn, GA 30213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)*
_____
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____

                                        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |  |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TERESA K. CRAWFORD, in her official capacity
as a member of the
Fulton County Registration and Elections Board
5600 Campbellton Fairburn Road
Fairburn, GA 30213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024 _____                  _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC.,<br><br>*Plaintiff(s)*<br>v.<br>THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  4:24-cv-248

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MICHAEL HEEKIN, in his official capacity as a
member of the
Fulton County Registration and Elections Board
5600 Campbellton Fairburn Road
Fairburn, GA 30213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No. 4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AARON V. JOHNSON, in his official capacity as
a member of the
Fulton County Registration and Elections Board
5600 Campbellton Fairburn Road
Fairburn, GA 30213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*



Date:  11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DAVID HANCOCK, in his official capacity as a
member of the
Gwinnett County Board of Registrations and Elections
75 Langley Drive
Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*



Date:  11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |  |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LORETTA MIRANDOLA, in her official capacity as a
member of the
Gwinnett County Board of Registrations and Elections
75 Langley Drive
Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*

Date: 11/4/2024



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  4:24-cv-248 |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ALICE O'LENICK, in her official capacity as a
member of the
Gwinnett County Board of Registrations and Elections
75 Langley Drive
Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*



Date:  11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  4:24-cv-248

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ANTHONY RODRIQUEZ, in his official capacity
as a member of the
Gwinnett County Board of Registrations and Elections
75 Langley Drive
Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  and GEORGIA REPUBLICAN PARTY, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THOMAS MAHONEY III, MARIANNE HEIMES, TRISH BROWN, JAMES HALL, and GLYNDA JONES in their official capacities as members of the Chatham County Board of Elections, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  4:24-cv-248 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WANDY TAYLOR, in her official capacity as a
member of the
Gwinnett County Board of Registrations and Elections
75 Langley Drive
Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex B. Kaufman (GA Bar No. 136097)
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road, Suite 219
Alpharetta, GA 30009
akaufman@chalmersadams.com

Mark A. Bandy, Esq. (GA Bar No. 035974) Law
Offices of Mark A. Bandy, PC
340 Eisenhower Drive, Building 800 Savannah, GA
31406
mark@markbandylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,

*CLERK OF COURT*

Date: 11/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: