IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS MAHONEY III, et al., <br><br> Defendants, <br><br> DEMOCRATIC NATIONAL COMMITTEE and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> Intervenor Defendants. | CIVIL ACTION NO.: <br> 4:24-cv-00248-RSB-CLR |

**ORDER GRANTING MOTION TO INTERVENE BY THE DEMOCRATIC NATIONAL COMMITTEE AND DEMOCRATIC PARTY OF GEORGIA, INC.**

Now before this Court is the Motion to Intervene by the Democratic National Committee ("DNC") and the Democratic Party of Georgia, Inc. ("DPG") ("Proposed Intervenors"). After considering the motion and accompanying memorandum, the Court finds that Proposed Intervenors may intervene in the above-captioned action as a matter of right. In the alternative, the Court finds permissive intervention is warranted. The Motion is granted.

SO ORDERED, this 4th day of November, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Dated: November 4, 2024

Prepared By:

/s/ Jeffrey R. Harris
Jeffrey R. Harris
Georgia Bar No. 330315
HARRIS LOWRY MANTON LLP
410 E. Broughton Street
Savannah, GA 31401
(912) 651-9967
jeff@hlmlawfirm.com

Kurt G. Kastorf*
KASTORF LAW LLC
1387 Iverson Street NE Suite #100
Atlanta, GA 30307
(404) 900-0330
kurt@kastorflaw.com

Seth P. Waxman*
Daniel S. Volchok*
Kevin Lamb*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
Seth.waxman@wilmerhale.com
Daniel.volchok@wilmerhale.com
Kevin.lamb@wilmerhale.com

Felicia H. Ellsworth*
Sharon K. Hogue*
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Felicia.ellsworth@wilmerhale.com

Sharon.hogue@wilmerhale.com

Alex W. Miller*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Alex.miller@wilmerhale.com

Anuj Dixit*
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue
Los Angeles, CA 90071
(213)443-5300
Anuj.dixit@wilmerhale.com

*Attorneys for Proposed-Intervenor Defendants Democratic National Committee and Democratic Party of Georgia, Inc.*

\* *Pro hac vice application forthcoming*