# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS MAHONEY III, et al., <br><br> Defendants, <br><br> DEMOCRATIC NATIONAL COMMITTEE and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> Intervenor Defendants. | CIVIL ACTION NO. 4:24-CV-248 |

## INTERVENOR DEFENDANTS'
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Intervenor Defendants hereby move to dismiss with prejudice Plaintiffs' claims in their entirety pursuant to Fed. R. Civ. P. 12(b)(6). In support of this motion, Intervenor Defendants submit the accompanying Opposition To Plaintiffs' Motion For Preliminary Injunction/Temporary Restraining Order And Memorandum Of Law In Support Of Intervenor Defendants' Motion To Dismiss

1

Plaintiffs' Complaint and [Proposed] Order Granting Intervenor Defendants'

Motion To Dismiss Plaintiffs' Complaint.

DATED:  November 4, 2024

/s/ Jeffrey R. Harris
Jeffrey R. Harris
Georgia Bar No. 330315
HARRIS LOWRY MANTON LLP
410 E. Broughton Street
Savannah, GA 31401
(912) 651-9967
jeff@hlmlawfirm.com

Kurt G. Kastorf*
KASTORF LAW LLC
1387 Iverson Street NE Suite #100
Atlanta, GA 30307
(404) 900-0330
Kurt.kastorflaw.com

Seth P. Waxman*
Daniel S. Volchok*
Kevin Lamb*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
Seth.waxman@wilmerhale.com
Daniel.volchok@wilmerhale.com
Kevin.lamb@wilmerhale.com

Felicia H. Ellsworth*
Sharon K. Hogue*
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street

Boston, MA 02109
(617) 526-6000
Felicia.ellsworth@wilmerhale.com
Sharon.hogue@wilmerhale.com

Alex W. Miller*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Alex.miller@wilmerhale.com

Anuj Dixit*
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue
Los Angeles, CA 90071
(213)443-5300
Anuj.dixit@wilmerhale.com

*Attorneys for Intervenor Defendants Democratic National Committee and Democratic Party of Georgia, Inc.*

*\* Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

Dated:  November 4, 2024

>*/s/ Jeffrey R. Harris*
>Jeffrey R. Harris
>Georgia Bar No. 330315
>HARRIS LOWRY MANTON LLP
>410 E. Broughton Street
>Savannah, GA 31401
>(912) 651-9967
>jeff@hlmlawfirm.com
>
>*Attorneys for Intervenor Defendants Democratic National Committee and Democratic Party of Georgia, Inc.*