# U.S. DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS MAHONEY III, et al., <br><br> Defendants, <br><br> DEMOCRATIC NATIONAL COMMITTEE and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> Intervenor Defendants. | CIVIL ACTION NO.: 4:24-CV-248 |

### [PROPOSED] ORDER GRANTING INTERVENOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Now before this Court is Intervenor Defendants' Democratic National Committee ("DNC") and the Democratic Party of Georgia, Inc. ("DPG") Motion To Dismiss Plaintiffs' Complaint. After considering the motion and accompanying memorandum, the Court finds that Plaintiffs are not entitled to relief and the Complaint should be dismissed with prejudice.

1

IT IS SO ORDERED this _____ day of _____, 2024.

_____

Dated: November 4, 2024

Prepared By:

/s/ Jeffrey R. Harris
Jeffrey R. Harris
Georgia Bar No. 330315
HARRIS LOWRY MANTON LLP
410 E. Broughton Street
Savannah, GA 31401
(912) 651-9967
jeff@hlmlawfirm.com

Kurt G. Kastorf*
KASTORF LAW LLC
1387 Iverson Street NE Suite #100
Atlanta, GA 30307
(404) 900-0330
Kurt.kastorflaw.com

Seth P. Waxman*
Daniel S. Volchok*
Kevin Lamb*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
Seth.waxman@wilmerhale.com
Daniel.volchok@wilmerhale.com
Kevin.lamb@wilmerhale.com

Felicia H. Ellsworth*
Sharon K. Hogue*
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Felicia.ellsworth@wilmerhale.com

3

Sharon.hogue@wilmerhale.com

Alex W. Miller*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Alex.miller@wilmerhale.com

Anuj Dixit*
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue
Los Angeles, CA 90071
(213)443-5300
Anuj.dixit@wilmerhale.com

*Attorneys for Intervenor Defendants Democratic National Committee and Democratic Party of Georgia, Inc.*

\* *Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2024, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

Dated:  November 4, 2024

                              */s/ Jeffrey R. Harris*
                              Jeffrey R. Harris
                              Georgia Bar No. 330315
                              HARRIS LOWRY MANTON LLP
                              410 E. Broughton Street
                              Savannah, GA 31401
                              (912) 651-9967
                              jeff@hlmlawfirm.com