IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS MAHONEY, III, et al.,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>4:24-cv-00248-RSB-CLR |

## DECLARATION OF CHARLOTTE SOSEBEE, ATHENS-CLARKE COUNTY DIRECTOR OF ELECTIONS AND VOTER REGISTRATION

COMES NOW, Charlotte Sosebee, and in accordance with 28 U.S.C. § 1746, declares under penalty of perjury the following:

1.

My name is Charlotte Sosebee. I have personal knowledge of the facts set forth in this Declaration and know them to be true and correct. I am over the age of eighteen years old, am suffering no disabilities, and am competent to execute this Declaration.

2.

I am the Director of Elections and Voter Registration for the Athens-Clarke County Board of Elections and Registration ("Board"). I have served in this position since December 5, 2016. I began working in elections and voter registration in 1989,

and I have served in various elections and voter registration roles since that time, including, but not necessarily limited to, the Chief Registrar for the Hall County Board of Elections and Voter Registration.

3.

The Elections Office of the Unified Government of Athens-Clarke County, Georgia, was not open on Saturday, November 2, 2024, or Sunday, November 3, 2024, nor did the Athens-Clarke County Elections Office advertise that the Elections Office would be open on those dates for any purpose.

4.

No absentee elector was able to return an absentee ballot to the Elections Office in person on Saturday, November 2, 2024, or Sunday, November 3, 2024, as no Elections Office facilities were open on either of those dates. Furthermore, no drop box was available on either Saturday, November 2, 2024, or Sunday, November 3, 2024.

5.

The only absentee ballots that the Athens-Clarke County Elections Office has received since the end of advance voting on Friday, November 1, 2024, were received today, Monday, November 4, 2024, either by physical mail or via in-person delivery to the Elections Office at 155 East Washington Street, Athens, Georgia 30601.

6.

Because of the above-styled action in the United States District Court for the Southern District of Georgia, all absentee ballots that were received via in-person delivery today, Monday, November 4, 2024, have been sequestered and will be kept separately from all other absentee ballots, including those received by mail today.

7.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of November, 2024.

*Charlotte Sosebee*
Signature of Charlotte Sosebee, Athens-Clarke County Director of Elections and Voter Registration

*Page 3 of 3*
*Declaration of Charlotte Sosebee*