# Exhibit A



**Gwinnett County Board of Voter Registrations and Elections
Wednesday, July 17, 2024, 6:00pm**
Gwinnett County Justice and Administration Center, Auditorium
75 Langley Drive, Lawrenceville, Georgia 30046

**Junta de Inscripciones de Votantes y Elecciones
del Condado de Gwinnett
Miércoles, 17 de Julio, 2024 6:00pm**
El Centro de Justicia y Administración del Condado de Gwinnett, La Sala
75 Langley Drive, Lawrenceville, Georgia 30046

1. Call to Order, Moment of Silence, Pledge of Allegiance / Inicio de la Reunión, Momento de Silencio, Juramento de Lealtad

    The Chairwoman called the meeting to order at 6:00pm.

    Present: Wandy Taylor EdD, Chairwoman, David Hancock, and Loretta Mirandola. Also present: Zach Manifold, Elections Supervisor, Kelly Lindsey, Deputy Elections Supervisor, Shantell Black, Assistant Elections Supervisor and Melanie Wilson, Senior Assistant County Attorney, Samantha Routh, Senior Assistant County Attorney.

    La Presidenta declara abierta la sesión a las 6:00pm.

    Presentes: Wandy Taylor EdD, Presidenta, David Hancock, y Loretta Mirandola. También presentes: Zach Manifold, Supervisor de Elecciones. Kelly Lindsey, Supervisora Adjunta de Elecciones de Elecciones, Nicole Wilson, Gerente de Negocios y Elecciones, Shantell Black, Asistente del Supervisor de Elecciones, Melanie Wilson, Fiscal Asistente Principal del Condado, y Samantha Routh, Fiscal Asistente Principal del Condado.

2. Opening Remarks / Discurso de Apertura *Expand upon remarks as needed*

    The Chairwoman welcomed everyone to the meeting and acknowledged her colleagues and elections staff.

    La presidenta dio la bienvenida a todos a la reunión y saludó a sus colegas y al personal electoral.

Amended

3. Approval of Agenda / Aprobación de la Agenda

   The Chairwoman made a motion to approve agenda.

   La Presidenta hizo una moción para aprobar la agenda.

   (Action: Approve; Motion: Hancock; Second: Mirandola)
   Vote: 3-0-0; Taylor-Yes; Rodriguez- Absent; O'Lenick-Absent; Hancock-Yes; Mirandola-Yes

   (Acción: Aprobar; Moción: Hancock; Secundado: Mirandola)
   Votó: 3-0-0; Taylor-Sí; Rodriguez-Ausente; O'Lenick-Ausente; Hancock- Sí; Mirandola-Sí

4. Approval of Minutes / Aprobación de Actas

   a. 06.24.2024 BRE Regular Schedule Meeting / 06.24.2024 Reunión de horario regular de BRE
      (Action: Approve; Motion: Mirandola; Second: Hancock)
      Vote: 3-0-0; Taylor-Yes; Rodriguez- Absent; O'Lenick-Absent; Hancock-Yes; Mirandola-Yes

      (Acción: Aprobar; Moción: Mirandola; Secundado: Hancock)
      Votó: 3-0-0; Taylor-Sí; Rodriguez-Ausente; O'Lenick-Ausente; Hancock- Sí; Mirandola-Sí

   b. 06.24.2024 BRE Special Called Meeting / 06.24.2024 Reunión especial convocada por BRE

      (Action: Approve; Motion: Mirandola; Second: Hancock)
      Vote: 3-0-0; Taylor-Yes; Rodriguez-Absent; O'Lenick-Absent; Hancock-Yes; Mirandola-Yes

      (Acción: Aprobar; Moción: Mirandola Secundado: Hancock)
      Votó: 3-0-0; Taylor-Sí; Rodriguez-Ausente; O'Lenick-Ausente; Hancock-Sí; Mirandola-Sí

5. Reports and Updates / Informes y Actualizaciones

   a. Committee Reports / Informes del Comité

      No committee reports

      No hay informes del comité

   b. Chairwoman's Update / Actualización de la presidenta

      The Chairwoman hoped that everyone had a safe and enjoyable Independence day and to remember the importance of the day. Mention of the assassination attempt on former president Trump, noting that disagreements should be handled at the polls and not with violence.

Amended

La Presidenta esperaba que todos tuvieran un Día de la Independencia seguro y agradable y que recordaran la importancia del día. Mención al intento de asesinato del expresidente Trump, señalando que los desacuerdos deben manejarse en las urnas y no con violencia.

   c. Elections Supervisor's Update / Actualización del Supervisor de Elecciones

   Manifold provided an update on several types of list maintenance, conveying 21,610 notices will have been mailed to voters by July 26, 2024. An update on voter challenges submitted to the Board in May 2024 noting 1662 letters were sent to both Florida and Georgia, 759 letters sent to both to North Carolina and Georgia. 200 voters have responded to letters, 489 letters were returned undeliverable by USPS. The Board will conduct a special called meeting to further discuss the challenges.

   Lindsey reviewed the monthly registered voters report. Provided an update on the present status for the City of Mulberry.

   Black presented an overview of the Risk Limiting Audit process and procedures.

   Lindsey provided updates on open record requests, new Election rules & legislation, and outreach & education events.

   Manifold proporcionó una actualización sobre varios tipos de mantenimiento de listas, informando que se habrán enviado 21,610 avisos por correo a los votantes antes del 26 de julio de 2024. Una actualización sobre las impugnaciones de los votantes presentadas a la Junta en mayo de 2024, señalando que se enviaron 1662 cartas tanto a Florida como a Georgia, 759 Cartas enviadas tanto a Carolina del Norte como a Georgia. 200 votantes respondieron a las cartas, 489 cartas fueron devueltas y no pudieron ser entregadas por USPS. La Junta llevará a cabo una reunión especial convocada en un futuro próximo para discutir más a fondo los desafíos.

   Lindsey revisó el informe mensual de votantes registrados. Una actualización sobre el estado actual de la ciudad de Mulberry.

   Black presentó una descripción general del proceso y los procedimientos de la Auditoría de limitación de riesgos.
   Lindsey proporcionó actualizaciones sobre solicitudes de registros abiertos, nuevas reglas y legislación electoral y eventos educativos y de divulgación.

6. Old Business / Asuntos Pasados

    There was no old business.

    No había ningún asunto antiguo.

7. New Business / Asuntos Nuevos

Amended

a. Gas South polling location contract / Contrato del centro de votación de Gas South

   (Action: Approve; Motion: Hancock; Second: Mirandola)
   Vote: 3-0-0; Taylor-Yes; Rodriguez-Absent; O'Lenick-Absent; Hancock-Yes; Mirandola-Yes

   (Acción: Aprobar; Moción: Hancock; Secundado: Mirandola)
   Votó: 3-0-0; Taylor-Sí; Rodriguez-Ausente; O'Lenick-Ausente; Hancock-Si; Mirandola-Sí

b. 2024 General Election Advance Voting / Votación anticipada para las elecciones generales de 2024

   Manifold advised an AIP polling location has been identified to better service the Grayson area. A vote will occur to approve and finalize the contract at the next meeting.

   Manifold informó que se ha identificado un lugar de votación de AIP para brindar un mejor servicio al área de Grayson. Se producirá una votación para aprobar y finalizar el contrato en la próxima reunión.

c. 2024 General Election Provisional Challenge Meeting / Reunión de impugnación provisional de las elecciones generales de 2024

   A special meeting will be held on November 9, 2024, at 9:00am at the Beauty P. Baldwin Voter Registrations and Elections office to review the Provisional ballots from the General Election.

   Se llevará a cabo una reunión especial el 9 de noviembre de 2024 a las 9:00 a. m. en la oficina de Elecciones y Registro de Votantes de Beauty P. Baldwin para revisar las boletas provisionales de las Elecciones Generales.

d. Authorize acceptance of ABM ballots at AIP locations for 2024 General cycle / Autorizar la aceptación de la boletas de ABM en las ubicaciones de AIP para el ciclo general de 2024

   Tabled until the other board members are present.

   Pospuesto hasta que los demás miembros de la junta estén presentes.

e. Authorization or agreement to open Elections office November 2 and November 3 for purpose of accepting voted ABM ballots / Autorización o acuerdo para abrir la oficina de Elecciones el 2 y 3 de noviembre con el propósito de aceptar boletas ABM votadas

   (Action: Approve; Motion: Mirandola; Second: Hancock)

Amended

> Vote: 3-0-0; Taylor-Yes; Rodriguez-Absent; O'Lenick-Absent; Hancock-Yes; Mirandola-Yes
>
> (Acción: Aprobar; Moción: Mirandola; Secundado: Hancock)
> Votó: 3-0-0; Taylor-Sí; Rodriguez-Ausente; O'Lenick-Ausente; Hancock-Si; Mirandola-Sí

8. Public Comments / Comentarios Públicos

    Four speakers shared comments with the Board.

    Cuatro oradores compartieron comentarios con la Junta.

9. Closing Remarks / Comentarios Finales

    The Chairwoman thanked everyone for attending the meeting and called for a motion to adjourn.

    La Presidenta agradeció a todos por asistir a la reunión y solicitó una moción para levantar la sesión.

10. Adjournment / Clausura

    The Chairwoman adjourned the meeting at 7:20pm.

    La Presidenta levantó la sesión a las 7:20pm.

    (Action: Approve; Motion: Mirandola; Second: Hancock)

    (Acción: Aprobar; Moción: Mirandola; Secundado: Hancock)

Amended