**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., | |
| Plaintiffs, | Civil Action File No.: 4:24-cv-00248-RSB-CLR |
| v. | |
| THOMAS MAHONEY III, et al. | |
| Defendants. | |

**DECLARATION OF JARED HOOPER, GEORGIA ELECTION INTEGRITY DIRECTOR FOR THE REPUBLICAN NATIONAL COMMITTEE**

1.

My name is Jared Hooper.

2.

I am over the age of majority and of sound mind.

3.

At all times relevant I have held and hold the title and responsibility of being the Republican National Committee's Georgia Director of Election Integrity.

4.

My duties include recruitment, training, and assignment of poll watchers across the state. Poll watching serves an important civic function, because it promotes transparency in election administration and instills confidence in the integrity of elections.

5.

Advance voting in Georgia ended on November 1, 2024.

6.

On November 1 and 2, 2024, I learned that Defendant Counties, without prior notice to the public at large, announced that they would open their respective main registration office centers, and in some cases additional locations and annexes to be designated as registration offices (collectively "Registration Offices"), during the weekend (November 2-3) and/or Monday (November 4) for the purpose of accepting hand-returned absentee ballots.

7.

Defendant Counties' Registration Offices are not normally open on weekend days.

8.

On November 2 (and in some Counties November 3rd and 4th), some ballots were received at the Registration Offices while credentialed poll watchers were not

permitted to observe and/or members of the general public were not permitted to observe.

9.

On November 2, Fulton County officials exchanged internal correspondence stating that no poll watchers or members of the public were permitted to observe the delivery and receipt of absentee ballots. **EX 1**.

10.

For at least 2 hours, at 4 locations, Fulton County enforced this policy until intervention from Georgia state officials. **EX 2**.

11.

On November 2, 2024 Chatham County announced that the Registration Office Building was "closed" to the public, yet voters were permitted to hand-deliver absentee ballots. It was not until approximately 2:30 pm on November 2, 2024, that Chatham County allowed observers and members of the public for observation purposes.

12.

Defendant Counties' actions undermined confidence in the administration of the election, because voters in some counties were offered additional opportunities to cast their ballots and because poll watchers were not allowed to be present the entire time voting activities were taking place.

13.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing

is true and correct.

_____

Jared Hooper

Georgia Election Integrity Director, RNC

# **Exhibit 1**

## AFFIDAVIT OF JULIE ADAMS

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing are true and correct:

1.     My name is Julie Adams.

2.     I am over the age of 18 years, and I am under no legal disability which would prevent me from giving this declaration.  If called to testify, I would testify under oath to these facts.

3.     I am a resident of Sandy Springs in Fulton County, Georgia.  I am a member of the Fulton County Board of Registration and Elections, a Board created by the State Legislature of Georgia pursuant to O.C.G.A. § 21-2-40 by Local Act 250, House Bill 837 (March 30, 1989) as the Board of Elections and Registration to "have the powers and duties of the election superintendent of Fulton County relating to the conduct of elections and the powers and duties of the board of registrars relating to the registration of voters and absentee balloting procedures" (hereinafter, the "Board").

4.     On Wednesday, October 30, 2024 at 10:30a.m., I attended a special meeting of the Board.

1

5.     On Friday, November 1, 2024 at 5:02p.m. the Fulton Election Director sent an email to all the Board members, the attorney representing the Board, and county attorneys titled: "NEWS RELEASE - Fulton County Elections Office to Maintain Extended Hours Through the Weekend."  I had not been previously apprised of this plan or this press release.  I understand that the press release had been issued slightly earlier that afternoon.

6.     The body of the email said only, "Good Afternoon,  Please see the news released attached and below for your information."

7.     That was the only notice I received as a member of the Board.  There had been no public discussion and no public Board vote on the matter.  There was no public emergency that necessitated extraordinary action to collect absentee ballots.  To my knowledge, the Elections Division had received no notice of any elector who had complained of insufficient time to submit absentee ballots.  The only complaints we had received concerning absentee ballots were based on the failures of the Elections Division to mail the ballots out promptly upon receiving the requests for the ballots (or in some cases, complaints from electors who had not received ballots after making a request and having evidence that the request had been received).

2

8.      There was no provision for poll workers and the extra cost of the overtime pay.  There was no provision made for poll watchers or for time it would take to certify poll watchers.  There would be no opportunity for public interest groups to plan for public observation.  I was also unsure of the legal correctness of making a last-minute change of this magnitude which seemed inconsistent with the purposes of uniformity and clarity that the State Legislature tried to reflect in the Elections Code.  I am not a lawyer, so it would have been relevant to hear the opinion of the Board's attorney and other attorneys on these issues.

9.      Since this was new information to me, I replied to all as follows: "This is news to me, who decided to do this?  What legal authority was used to make this decision without a Board vote?"  As of Monday, November 4, 2024 at 5:00 pm, I have received no response to this email.

10.      On Saturday, November 2, 2024, at approximately midday, I went to one of the four locations of the offices slated to be open as a result of this extraordinary action: the North Fulton Service Center.  This location is in Sandy Springs and the most northern location of the four.

11.      I observed four people at the entrance to the building that were upset that they could not get into the building to observe or "poll watch."  While we

3

were talking, Georgia State Senator Brandon Beach walked into the building.  A few minutes later Senator John Albers walked into the building.

11.   The group walked into the building and the security guard asked who I was, and I introduced myself and showed her my badge.  She gave me directions to the office collecting absentee ballots.  When I walked into the office there was Carter Jones (a member of the Fulton Elections Monitor team), an Investigator from the Office of the Secretary of State, Lesia Violette, and Senators Beach and Albers.  They were speaking to a young man at the front counter.  He was the only employee at the office.

12.   I noticed that only one man was present since the Elections Code requires two persons or more to be present for the collection of ballots to ensure a proper chain of custody.  I questioned whether the haste of the decision had led to inadequate legal preparation for the actions being taken.

13.   The Senators present, as representatives of the Legislature that had adopted the Elections Code, were asking the sole employee about access to the public.  The employee – whose name I did not get – responded that public observers could only be in the hallway or the building lobby.  The conversation was civil.

4

14.    Both Senators acknowledged, by looking at my badge, that I was a member of the Board. I asked the young man if he would call our Elections Director, Nadine Williams, because I was sure that she would allow "poll watchers" or monitors.  I also asked him if I could speak with her after his conversation.

15.    The employee called someone and spoke for over five minutes.  He then gave me the phone.  Ms. Willians was on the phone.  Her tone was extremely loud and could be heard by other persons around me.  Ms. Williams said that "business offices" shouldn't have to have poll watchers.  She stated her view that no "voting" was taking place with this collection process.  She then insisted that all persons present needed to leave and stay only in the hallway, even saying "Why don't you take all those people you brought home."

16.    A couple of voters came in and I told Ms. Williams to give me a minute to go out into the hallway and asked the Senators to join me.  I put the phone on the speaker with the Senators.  Most of the conversation was between them and Ms. Williams.  She was hostile, loud and defensive.  While in a conversation with Senator Albers, she hung up.

17.    SOS Investigator Violette and Carter Jones assured me that they had people monitoring all 4 locations.

5

18.    I left there and drove to the Fulton County Government Center. I arrived at about 3:30p.m. after a stop on the way. There were several observers, no monitor team member, and no SOS Investigator. And there were two elections employees and two couriers waiting for 4:00p.m. to take the ballots back to the Election Hub.

19.    I left there and went to the Elections Hub (headquarters) and arrived about 4:30p.m.  I asked the Absentee Ballot Manager, Jodi Britton, an absentee ballot clerk who I knew was certified as an "absentee ballot clerk" under O.C.G.A. § 21-2-101 know that I was there.  I asked to see the chain of custody forms and the ballots.  Ms. Britton took me to the area they called the "mail room" and had a gentlemen show them to me.  I told Ms. Britton that I was going to take pictures of the forms.  She said she would have to get Ms. Williams' permission.  I put my phone away and looked at the documents, writing down minimal information.

20.    Ms. Britton came back and told me Ms. Williams said I could not take any pictures.  I agreed, not wanting to be argumentative, even though I was aware that recent changes in the law had made it clear that these documents were public documents.  I did not take my phone out of my purse.

21.    A few minutes later John Ross, Deputy Director of Elections, came to me and said that Ms. Williams wanted to talk to me.  He put the phone on

speaker and she started yelling at me and telling me that I was not allowed to take pictures.  I replied that I had not taken a picture of these publicly available elections documents. She said I did not mention wanting to see these documents at the Wednesday meeting.  I replied that at the Wednesday meeting I had not been informed about this plan to add additional locations for submitting absentee ballots.

22.     I reminded her that the Board was the supervisor of elections and that she was being unacceptably rude.  She noted that I was wasting taxpayer money by taking the time of the election workers to answer my questions.  She was generally bellicose and asked me to leave.

23.     On Sunday, November 3, 2024, I went to the South Annex (South Fulton Service Center) and observed there.  There were 2 employees, an SOS Investigator and 2 Carter Center Observers. I waited until closing at 4:00p.m. and watched as an employee counted the ballots and the couriers left with the ballots.

24.     As prearranged, I met my fellow Board member, Mr. Mike Heekin near the Election Hub. We drove together, went in and told Jodi Britton we wanted to see the days chain of custody from the four locations.  She looked very uncomfortable and refused to provide the forms.  She told Mr. Heekin and me that

7

she had "been advised" that if we wanted to see the relevant documents, we would have to make a request under the Open Records Act.

26.    Mr. Heekin called the Board Chair, Ms. Sherri Allen.  They talked for a few minutes and Ms. Williams walked up.  Mr. Heekin gave her the phone and Chairmen Allen told her to let us see the documents.

26.    Ms. Williams took us to the mail room and told one of the employees to bring us the documents.  I was taking notes and Mr. Heekin looked at the documents and then proceeded to answer a text message.  Ms. Williams abruptly and loudly told Mr. Heekin to put his phone away, or it would appear to the cameras that he was taking a picture.  Mr. Heekin just moved a few feet away.

27.    I believe this process was unnecessary.  Without any justification of efficiency or evidence of voter enfranchisement, this step has caused needless confusion and expense and now, litigation and the money and time wasted on litigation.  It reflects poor judgment and a callous indifference to an orderly election process.

Further affiant sayeth not.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the

foregoing are true and correct.

Executed this 4th day of November 2024.

Julie Adams

# **Exhibit 2**



# **Exhibit 3**

<u>AFFIDAVIT OF SHERYL GAY</u>

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing are true and correct:

1.     My name is Sheryl Gay.

2.     I am over the age of 18 years, and I am under no legal disability which would prevent me from giving this declaration.  If called to testify, I would testify under oath to these facts.

3.     I reside in Chatham County, Georgia.  I am the Secretary for the Chatham County Republican Party.   I, along with our Chairman, was informed the morning of Saturday, November 2, 2024 that the Board of Registrars would be accepting absentee ballots that day until approximately 3:00p.m.   We were informed by our Assistant Secretary, who saw a local press release on the issue.

4.     No notice was given to the county party by any member of the Board of Registrars.  We believed the offices would be closed on that day and that "early voting" was over.

5.     Once we were made aware of the change we notified the Georgia Republican Party.  I was asked by the state election integrity coordinator to

1

go into the Board of Registrars' building and video while asking to observe the activity going on inside the building, which we were told involved receiving absentee ballots.

6.    I went into the building, while overtly recording, and asked to view the receiving of the ballots. The staff member at the front desk was very upset that I was videoing and asked me to stop, which I did not.

7.    She stated I was not allowed to film her, and she was calling the police, which she did.

8.    Office Sanders of the Chatham County Police Department arrived on scene and entered the building.  He asked me to wait outside, which I immediately did.  The Board of Registrars staff member went to Officer Sanders to ask him to file a report against me.

9.    I was compliant at all times.  The staff member would not let me answer the officer's questions, constantly talking over me. I remained calm and let her do a majority of the talking.

10.   The staff member, whose name I do not know, continued to complain about the filming.  Officer Sanders replied that she was a county

employee, just as he was.   He stated that I had a right to be present as a member of the public and to video our interaction.

11.    The actions of the Chatham County elections office in making such an unusual change without explanation or justification is baffling.    It caused an unnecessary police action.   This altercation was unnecessary. Anytime a citizen has to call the police there is a possibility of harm to the -lives of police officers and others.  This was totally unjustified.

Further affiant sayeth not.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing are true and correct.

Executed this 4th day of November 2024.

_____
Sheryl Gay