**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al. | Civil Action No.: 4:24-cv-00248-RSB-CLR |
| Plaintiffs, | |
| vs. | |
| THOMAS MAHONEY, III, et al. | : |
| Defendants. | |

## DECLARATION OF TATE FALL

Pursuant to 28 U.S.C. 1746, Tate Fall declares as follows:

1.

My name is Tate Fall. I am over the age of 21 and am in all ways competent to make this Declaration. I have personal knowledge of the facts stated herein and know them to be true.

2.

I make this Declaration in support of the Response of Cobb County Defendants in Opposition to Plaintiffs' Verified Emergency Motion For Preliminary Injunction/Temporary Restraining Order in the above-styled action.

3.

I am the Supervisor of the Cobb County Elections Department ("Cobb Elections") and have been employed in that role since December 2023. In that role my duties include planning, directing, and overseeing departmental operations and staff involved in conducting federal, state and local elections, including overseeing the absentee ballot clerks and ensuring compliance with applicable laws and regulations around the handling, processing, and tabulating of absentee ballots.

4.

Cobb County's main election office, located at 995 Roswell Street, Marietta, Georgia, 30060, was open to prepare for the upcoming election and to receive the delivery of absentee ballots from 8:00 a.m. to 8:00 p.m. on Saturday, November 2nd, from 10:00 a.m. to 8:00 p.m. Sunday, November 3rd, and 8:00 a.m. to 8:00 p.m. Monday, November 4th.

5.

All absentee ballots received during the first two days and the majority of the ballots received on November 4th have been opened, verified, accepted, and scanned using one or more ballot scanners as expressly permitted in O.C.G.A. § 21-2-386 (a)(2)(A).

6.

To the extent that the plaintiffs in this action have requested that the Cobb County Board of Elections and Registration segregate the ballots received on those three days, that is no longer possible as all such ballots have been removed from their envelopes and scanned with all of the other ballots received in the office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of November, 2024.

_____
Signature of Tate Fall,
Director of Elections,
Cobb County Board of Elections
and Registrations

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, I electronically filed the foregoing DECLARATION OF TATE FALL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this matter.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

200 East Saint Julian Street
Post Office Box 9848
Savannah, GA 31412
(912) 236-0261
(912) 236-4936 (fax)
wherring@huntermaclean.com

*s/ Wade W. Herring, II*
Wade W. Herring, II
Georgia Bar No. 349343

*Attorneys for Cobb County Defendants*