## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., | |
| Plaintiffs, | Civil Action File No.: 4:24-cv-00248-RSB-CLR |
| v. | |
| THOMAS MAHONEY III, et al. | |
| Defendants. | |

## DECLARATION OF JARED HOOPER, GEORGIA ELECTION INTEGRITY DIRECTOR FOR THE REPUBLICAN NATIONAL COMMITTEE

1.

My name is Jared Hooper.

2.

I am over the age of majority and of sound mind.

3.

At all times relevant I have held and hold the title and responsibility of being the Republican National Committee's Georgia Director of Election Integrity.

4.

My duties include recruitment, training, and assignment of poll watchers across the state. Poll watching serves an important civic function, because it promotes transparency in election administration and instills confidence in the integrity of elections.

5.

Advance voting in Georgia ended on November 1, 2024.

6.

On November 1 and 2, 2024, I learned that Defendant Counties, without prior notice to the public at large, announced that they would open their respective main registration office centers, and in some cases additional locations and annexes to be designated as registration offices (collectively "Registration Offices"), during the weekend (November 2-3) and/or Monday (November 4) for the purpose of accepting hand-returned absentee ballots.

7.

Defendant Counties' Registration Offices are not normally open on weekend days.

8.

On November 2 (and in some Counties November 3rd and 4th), some ballots were received at the Registration Offices while credentialed poll watchers were not

permitted to observe and/or members of the general public were not permitted to observe.

9.

On November 2, Fulton County officials exchanged internal correspondence stating that no poll watchers or members of the public were permitted to observe the delivery and receipt of absentee ballots. **EX 1**.

10.

For at least 2 hours, at 4 locations, Fulton County enforced this policy until intervention from Georgia state officials. **EX 2**.

11.

On November 2, 2024 Chatham County announced that the Registration Office Building was "closed" to the public, yet voters were permitted to hand-deliver absentee ballots. It was not until approximately 2:30 pm on November 2, 2024, that Chatham County allowed observers and members of the public for observation purposes.

12.

Defendant Counties' actions undermined confidence in the administration of the election, because voters in some counties were offered additional opportunities to cast their ballots and because poll watchers were not allowed to be present the entire time voting activities were taking place.

13.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing

is true and correct.

_____

Jared Hooper
Georgia Election Integrity Director, RNC

# **Exhibit 1**

Mail - McCall, Ericka - Outlook

 Outlook

## Watchers for Ballot drop off

**From** Glenn, Kathryn <Kathryn.Glenn@fultoncountyga.gov>

**Date** Sat 11/2/2024 9:34 AM

**To** Johnson, Thomas <Thomas.Johnson@fultoncountyga.gov>; BLACKBURN, JERMAINE <JERMAINE.BLACKBURN@fultoncountyga.gov>; Drayton, Reneshia <Reneshia.Drayton@fultoncountyga.gov>; Hammond, Robin <Robin.Hammond@fultoncountyga.gov>; harris, darrick <darrick.harris@fultoncountyga.gov>; HARRIS, TOMEKA <TOMEKA.HARRIS@fultoncountyga.gov>; HAZLEY, TALLISA <TALLISA.HAZLEY@fultoncountyga.gov>; PARSONS, JACOB <JACOB.PARSONS@fultoncountyga.gov>; RANDLE, TEAR <TEAR.RANDLE@fultoncountyga.gov>; Jackson, Eboni <Eboni.Jackson@fultoncountyga.gov>; Huston, Sonja <sonja.huston@fultoncountyga.gov>; Lewis, Debra <Debra.Lewis@fultoncountyga.gov>; Williams, Mignon <Mignon.Williams@fultoncountyga.gov>; Goodwin, Alexis <Alexis.Goodwin@fultoncountyga.gov>; McCall, Ericka <Ericka.McCall@fultoncountyga.gov>; Stephens, Jhamya <Jhamya.Stephens@fultoncountyga.gov>; Humphrey, Meshaun <Meshaun.Humphrey@fultoncountyga.gov>; Henderson, Miesha <Miesha.Henderson@fultoncountyga.gov>; Blossom, Debra <Debra.Blossom@fultoncountyga.gov>; Harris, Jerrod <Jerrod.Harris@fultoncountyga.gov>

**Cc** Ross, John <John.Ross@fultoncountyga.gov>; Williams, Nadine <Nadine.Williams@fultoncountyga.gov>

Good Morning Team!

FYI - There are NO WATCHERS approved for ballot drop off! Do not let them in the building. If they want to observe from the parking lot, you can't stop that but they are not allowed to sit in the building.

Have your security detail enforce it!!!

## #iLoveMyTeam! 💜



Thank you,
*Kathryn Glenn*
Registration Manager, CERA, GEOC, GROC
Department of Registration & Elections
404-612-8853
Connect with Fulton County:
Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News

# **<u>Exhibit 2</u>**

# Republican lawsuits fly in Fulton County as Election Day nears

Judge rejects GOP suit that sought to shut down weekend absentee drop sites in the Democratic stronghold



The last day of early voting in Georgia took place on Friday, November 1, 2024 at C.T. Martin Natatorium and Recreation Center in South Fulton County. (Jamie Spaar for The Atlanta Journal-Constitution) (Jason Getz / AJC)

By David Wickert
Updated Nov 4, 2024

Republicans continue to challenge Fulton County elections officials in court on Tuesday's contentious presidential election rhetoric.

On Saturday, a Georgia judge rejected a GOP lawsuit trying to block Fulton and other counties from opening absentee offices on Saturday and Sunday to do voters turn in their cast ballots in person.



Meanwhile, a Republican county election board member has filed another lawsuit seeking documents she says she needs to verify the results of Tuesday's election.

The activity underscores the county involvement in a high-stakes between Democratic Kamala Harris and Republican Donald Trump. A Democratic stronghold that handles more of the vote in Atlanta, Fulton is Georgia's most populous county.

Fulton and at least five other Georgia counties were to announce that absentee offices would open over the weekend to allow hand return of absentee ballots.

The lawsuit filed last Friday claimed only Fulton County, it cited a section of Georgia law that says ballot drop boxes cannot be open past the last chance earlier voting, which ended Friday. But state law also says voters can deliver their absentee ballot in person to county election offices until the close of polls at 7 p.m. on Election Day. Despite that wording, Judge Ural Glanville initially claimed in an emergency hearing Saturday that voters aren't allowed to hand deliver absentee ballots that were visible to them.

Neither Harris argued that voters should be blocked from Fulton delivering their ballots between the close already in person voting on Friday and the beginning of Election Day on Tuesday even though he says the ballots to arrive by mail during that period. If he long been the practice for Georgia election offices to accept hand ballots over the counter.



Fulton County Registration and Elections Board member Julie Adams listens during a meeting in Union City on Thursday, Aug. 8, 2024. (Ben Gray / BenGray@ajc.com)

Fulton County Superior Court Judge Kevin Farmer, in an online hearing Saturday, rejected the attempt arguments more early voting against him.

"I find that it is not a violation of those own lines working to cast or hand return their absentee ballots," Farmer said.

A disappointment she weighed over whether discovery could be inside Fulton election offices as ballots were turned in County officials initially won to but then learned that decision.

Meanwhile, Fulton County election board member Julie Adams filed a lawsuit Thursday arguing county election officials have denied her documents in violation of a recent judge's order. Fulton County Superior Court Judge Robert McBurney ruled Adams is entitled to certain classes of information inherited but disclosed by law.

The new lawsuit is the latest attempt to a battle over the duties of local election board members in Georgia. Some Republicans — including Adams — have said they believe the elections certify elections to withhold certification until they have reviewed all records.

Democratic voting rights groups of Fulton County judge certified and reach board members are required to certify results and that they join in motion to tally the results and about future investigations to any enforcement into the county. They fear the push for discretionary certification is part of an effort to overturn the results if former President Donald Trump loses in Georgia or beyond.

Adams has been at the center of this debate. She voted not to certify the results of the May primary election, using a law that required the board to be resolved to ensure the results are legitimate.

On Wednesday the Fulton Election board approved a list of documents that members will receive before certifying the results of next election, it's the same list the board used this order before this year.

But Adams wanted more — including daily files of computer from election workers, comments and notes. She also wanted electronic counts of all documents. The board denied her request, citing security concerns about electronic records and the burden on staff of processing such immense volume.

If recent attempt counted such comparison to an at least 19 in a rule other restriction prove the state have voted not to certify elections since 2020.

The Associated Press contributed to this report.

## About the Author

David Wickert writes about the state budget, finance and voting issues. Previously, he covered local government and politics at Gwinnett and Fulton counties. Before moving to Atlanta he worked at newspapers in Akron, Tacoma and Washington.