**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERKS MINUTES - CIVIL**

| CASE NO. | 4:24-cv-248 | DATE: | 11-05-2024 |
|---|---|---|---|

**TITLE:** Republican National Committee, et al v. Mahoney et al

**HONORABLE R. STAN BAKER**   **COURTROOM DEPUTY CLERK:** Pam Hammock

**COURT REPORTER**: Kelly McKee

| TAPE NO. | RSB-CHMB | TIME: | 12:00 – 4:00 | TOTAL: | 03:35 |
|---|---|---|---|---|---|

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR | DEFENDANTS |
|---|---|---|
| Alex Kaufman | Ben Perkins | Chatham Cty Bd of Elections |
| Dwight Feemster | Lauren Warner | Fulton Cty Reg and Elections Bd |
| | Brent Herrin | Dekalb Cty Reg and Elections Bd |
| | Daniel White | Cobb Cty Reg and Elections Bd |
| | Ryan Germany | Gwinnett Cty Reg and Elections Bd |
| | Ali Sabzevari | Clayton Cty Reg and Elections Bd |
| | John Hawkins | Clarke Cty Reg and Elections Bd |
| | Felicia Ellsworth | Intervenor Defendants: Democratic |
| | | National Committee, Democratic |
| | | Party of Georgia, Inc. |

**TELEPHONIC MOTION HEARING**

• All parties present and ready to proceed.

• Court addresses housekeeping matters and outline for today's proceedings.

• From Kaufman for Plaintiffs regarding affidavits and declarations before the Court.  Court hears from Defendants as to any objections.  Court notes objections and issues rulings.

**  Recess (12:25 – 12:30)  **

• Plaintiffs call witness Justin Rice.  Witness sworn, testimony given.  Direct examination by Kaufman.

• Cross examination by Perkins for Defendants Chatham County Board of Elections.

• Cross examination by Warner for Defendants Fulton County Registrations and Elections Board.

• Cross examination by Herrin for Defendants DeKalb County Board of Registrations and Elections.

• Cross examination by White for Defendants Cobb County Board of Registrations and Elections.

• Cross examination by Germany for Defendants Gwinnett County Board of Registrations and Elections.  Defendants Gwinnett County Board of Registrations and Elections Exhibit 1, (doc. 28-1), offered and admitted into evidence.

• Cross examination by Hawkins for Defendant Athens-Clarke County Board of Registrations and Elections.

• Cross examination by Ellsworth for Intervenor Defendants.  Defendants DNC Exhibit 1 (doc. 25-1, ex. G) offered and admitted into evidence.

• Redirect examination by Kaufman.

• Plaintiffs call witness Sheryl Gay.  Witness sworn, testimony given.  Direct examination by Feemster.

• Cross examination by Perkins for Defendants Chatham County Board of Elections.

• Defendants Chatham County Board of Elections call witness Colin McRae.  Witness sworn, testimony given.  Direct examination by Perkins.

• Cross examination by Kaufman for Plaintiffs.

• Warner for Defendants Fulton County Board of Registrations and Elections offers no witnesses, but offers Exhibit 1 (doc. 40-1).  Exhibit admitted into evidence. Exhibit 2 (doc. 29-1) offered and admitted over Plaintiffs' objection.  Warner proffers information as to Plaintiffs' doc. 45, page 10.

• Herrin for Defendants Dekalb County Registrations and Elections Board offers no witnesses, but offers Exhibit 1 (doc. 34-1).  Exhibit 1 admitted into evidence.

• White for Defendants Cobb County Registrations and Elections Board offers no witnesses, but offers Exhibit 1 (doc. 39).  Exhibit 1 admitted into evidence.

• Germany offers no additional evidence.

• Sabzevari for Defendants Clayton County Board of Registrations and Elections offers no additional evidence.

• Hawkins for Defendants Clayton County Board of Registrations and Elections offers no witnesses, but offers Exhibit 1 (doc. 26-1).  Exhibit 1 admitted into evidence.

• Ellsworth for Intervenor Defendants offers no additional evidence.

• Court will hear oral argument from the parties.  Plaintiff is provided 20 minutes, and each defendant will have 10 minutes.

**  Recess (1:40 – 1:55)  **

• All parties present and ready to proceed.

• Court hears argument from the parties.

- Argument from Kaufman for Plaintiffs.

- Argument from Perkins for Defendants Chatham County Board of Elections.

- Argument from Warner for Defendants Fulton County Board of Registrations and Elections.

- Argument from Herrin for Defendants DeKalb County Board of Registrations and Elections.

- Argument from White for Defendants Cobb County Board of Registrations and Elections.

- Argument from Germany for Defendants Gwinnett County Board of Registrations and Elections.

- Argument from Sabzevari for Defendants Clayton County Registrations and Elections Board.

- Argument from Hawkins for Defendants Athens-Clarke County Registrations and Elections Board.

- Argument from Ellsworth for Intervenor Defendants.

**   Recess (3:15 – 3:20)   **

- Court denies the Plaintiffs' Motion, doc. 2, and issues findings on the record of the hearing.

- With nothing further, hearing is adjourned.