UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS MAHONEY III, et al., <br><br> Defendants. | No. 4:24-cv-00248 <br><br> **Notice of Dismissal** |

Plaintiffs the Republican National Committee and the Georgia Republican Party, Inc. voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a)(1)(A).

Respectfully submitted this 7th day of November, 2024.

*/s/ Mark A. Bandy*

Mark A. Bandy, Esq.
GA Bar 035974
Law Offices of Mark A. Bandy, PC
340 Eisenhower Dr., Building 800
Savannah, GA 31406
mark@markbandylaw.com
(912) 509-7015

Alex B. Kaufman
Georgia Bar: 136097
Chalmers, Adams, Backer & Kaufman, LLC
100 N. Main St., Suite 340
Alpharetta, GA 30009
AKaufman@chalmersadams.com
(404) 964-5587

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2024, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

*/s/ Mark A. Bandy*