IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS MAHONEY III; et al., <br><br> Defendants. | CIVIL ACTION NO.: 4:24-cv-248 |

**O R D E R**

Plaintiffs filed their Complaint initiating this action in this Court on November 3, 2024. (Doc. 1.)  At the same time, Plaintiffs filed an Emergency Motion for Preliminary Injunction/Temporary Restraining Order, (doc. 2), which, after briefing by all parties and a telephonic evidentiary hearing, the Court denied on November 5, 2024, (doc. 49).  On November 7, 2024, Plaintiffs filed a "Notice of Dismissal," stating that they "voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a)(1)(A)."  (Doc. 53.)  None of the Defendants have filed an answer or a motion for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED**.  (See id.)  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 12th day of November, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA